UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
February 14, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>v.<br>ANABERTA GARCIA-PEREZ,<br>(Material Witness), | Case No. 2:13-mj 12 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:　　UNITED STATES MARSHAL:

　　This is to authorize and direct you to release <u>ANABERTA GARCIA-PEREZ</u>, Case No. <u>2:13-CR-00026-GEB</u>, Charge <u>Material Witness</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　　___　Release on Personal Recognizance

　　　　___　Bail Posted in the Sum of $___

　　　　　　　___　Unsecured Appearance Bond

　　　　　　　___　Appearance Bond with 10% Deposit

　　　　　　　___　Appearance Bond with Surety

　　　　　　　___　Corporate Surety Bail Bond

　　　　___(Other)　_____

　　This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

　　Issued at <u>Sacramento, CA</u> on <u>February 14, 2013</u> at ___3:15___ pm.

　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　Dale A. Drozd
　　　　　　　　　　　　　　　　　　United States Magistrate Judge